107 F.3d 6
 Deutsche Financial Services Corp.
v.
Marta Group, Inc., Patane Group, Inc. t/a Applianceland,
d/b/a Appliance Land Etc., CB Joe TV & Appliance Co., Frank
Defrank d/b/a Defrank's Appliances, Delaware Valley
Appliances Incorporated, Donat, Inc. t/a Donatucci Kitchens
& Appliances, Leslie S. Geissel d/b/a Jenkintown Electric
Co., Lakes Appliance & TV, Inc., Rob Stevens, Inc. f/k/a
Robert Steven, Inc., Edward P. Petrillo d/b/a Petrillo's
Appliances, Steve & Art
 NO. 96-1150
 United States Court of Appeals,
 Third Circuit.
 Jan 27, 1997
 Appeal From: E.D.Pa. No. 94-cv-04592
 
 1
 Reversed.